**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

Dated: March 17, 2011



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

# TIFFANY & BOSCO P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-20848

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>James L. Smith and Christine Smith<br>      Debtors.<br><br>US Bank National Association as Trustee for Citigroup Mortgage Loan Trust, Inc. 2006-NC1, Asset-Backed Pass-Through Certificates Series 2006-NC1 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc<br>      Movant,<br>  vs.<br><br>James L. Smith and Christine Smith Debtors; Edward J. Maney, Trustee.<br><br>      Respondents. | No. 2:10-bk-22682-SSC<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket #25)<br><br>Hearing Date: March 9, 2011 |

      **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated April 4, 2006, and recorded in the office of the MARICOPA County Recorder wherein US Bank National Association as Trustee for Citigroup Mortgage

Loan Trust, Inc. 2006-NC1, Asset-Backed Pass-Through Certificates Series 2006-NC1 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc is the current beneficiary and James L. Smith and Christine Smith have an interest in, further described as:

    Lot Twenty-three (23). University Square. according to the plat of record in the office of the County Recorder of Maricopa County. Arizona. recorded in Book 490 of Maps. Page 33.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.